IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KATRINA ANN HARRINGTON,

   Appellant,

 v.
            Case No. 5D23-861
            LT Case No. 2022-MM-002091-A

STATE OF FLORIDA,

   Appellee.

_____/

Decision filed June 6, 2023

Appeal from the County Court
for Sumter County,
Paul L. Militello, Judge.

Matthew J. Metz, Public Defender, and Robert J.
Pearce, III, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Stephen R. Putnam, Jr., Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

  AFFIRMED.

MAKAR, JAY and SOUD, JJ., concur.